IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANTHONY WILEY,

      Appellant,

 v.

Case No. 5D23-101
LT Case No. 2022-DR-885-DV

APRIL CAIN,

      Appellee.

_____/

Decision filed January 24, 2023

Appeal from the Circuit Court
for Duval County,
Steven Fahlgren, Judge.

Anthony Wiley, Jacksonville,
pro se.

No Appearance for Appellee.

PER CURIAM.

    AFFIRMED.


LAMBERT, C.J., JAY and BOATWRIGHT, JJ., concur.